## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ICON CLINICAL RESEARCH LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>REVEN PHARMACEUTICALS, INC., d/b/a<br>REVEN HOLDINGS, INC. *et al.*<br><br>Defendants. | Case No.: 1:23-cv-01226 |

## ORDER

Upon consideration of ICON Clinical Research Limited's Request for Issuance of Custom Summons, it is this 25th day of April 2023, hereby:

**ORDERED,** that ICON Clinical Research Limited's Request for Issuance of Custom Summons is **GRANTED**; and it is further

**ORDERED**, that the Clerk's office shall sign and issue the custom summons as to Defendant Reven Holdings, Inc. that is attached to this Order as Exhibit A.

_____

The Honorable Jed S. Rakoff, U.S.D.J.

# Exhibit

# A

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| ICON CLINICAL RESEARCH LIMITED | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:23-cv-01226-JSR |
| REVEN PHARMACEUTICALS, INC. d/b/a | ) | |
| REVEN HOLDINGS, INC and | ) | |
| REVEN, LLC | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Reven Holdings, Inc.
2921 W. 120th Avenue, Suite 22, Westminster, Colorado 80234
serve on:
National Registered Agents, Inc.
1209 Orange Street, Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alan F. Kaufman, Michael J. Halaiko, Emmit F. Kellar
Nelson Mullins Riley & Scarborough, LLP
330 Madison Ave. 27th Floor, New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____          _____
                                                                 _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:23-cv-01226-JSR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*


                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc: