IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ICON CLINICAL RESEARCH LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>REVEN PHARMACEUTICALS, INC., d/b/a REVEN HOLDINGS, INC. *et al.*<br><br>Defendants. | Civil Action No.: 1:23-cv-01226 |

## ORDER

This action, having been commenced on February 14, 2023 by the filing of the Summons and Complaint and amended on March 13, 2023 by the filing of the Amended Complaint, and a copy of the Amended Complaint and Summons having been personally served on Defendant Reven, LLC, on April 11, 2023 by private process server and on Defendant Reven Holdings, Inc. on May 10, 2023 by private process server, and a proof of service upon Defendants having been filed on May 2, 2023 and May 16, 2023 respectively, and Defendants not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiff, ICON Clinical Research Limited, have judgment entered against Defendants, jointly and severally, in the liquidated amount of $318,715.59 with interest at 1% per month from May 21, 2021 amounting to $76,491.74, with a total ~~requested~~ amount of $395,207.33.

Dated: June 8, 2023

_____
The Honorable Jed S. Rakoff, U.S.D.J.